THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>　　　　　Plaintiff;<br><br>　　　v.<br><br>THE REAL PROPERTY COMMONLY KNOWN AS 101 WEST HERMOSA DRIVE, SAN GABRIEL, CALIFORNIA 91775, LOS ANGELES COUNTY, PARCEL NO. 536021022, TITLED IN THE NAME OF DEK GROUP, LLC;<br><br>ALL FUNDS CONTAINED IN WELLS FARGO BANK ACCOUNT NUMBER XXXXXX4582, HELD IN THE NAME OF BRIAN K. BURNETT;<br><br>AND<br><br>ALL FUNDS CONTAINED IN BANK OF AMERICA ACCOUNT NUMBER XXXXXXXX9392, HELD IN THE NAME OF DEK GROUP, LLC;<br><br>　　　　　Defendants. | CASE NO. C17-1138-JCC<br><br>ORDER |

This matter comes before the Court on the Government's status report (Dkt. No. 19). The Court previously stayed all proceedings in this civil forfeiture case because the Government was

ORDER
C17-1178-JCC
PAGE - 1

prosecuting a related criminal case before the Court. *See United States of America v. Alexandra Shelburne, et al.*, CR17-0203-JCC, Dkt. No. 1 (W.D. Wash. 2017). The Court concluded that the civil and criminal cases were sufficiently related and that civil discovery would adversely affect the Government's ability to investigate and prosecute the criminal case. (Dkt. No. 15 at 3) (citing 18 U.S.C. § 981(g)(1)). The Court granted a stay for six months and ordered the Government to file a status report regarding the criminal case. (*Id*.) On April 27, 2018, the Court extended the stay for an additional six months because the criminal case was ongoing. (Dkt. No. 18.)

In its status report, the Government notes that while some of the Defendants have pled guilty and been sentenced, charges are still pending against some Defendants. (Dkt. No. 19 at 2.) The Government is continuing to prosecute defendants who may claim ownership to the properties at issue in this civil forfeiture action. (*Id*. at 4.) Therefore, the Government asks the Court to continue the current stay for an additional six months. (*Id*.)

The Court concludes that it is appropriate to continue its stay of proceedings. The Government continues to investigate and prosecute the related criminal case. The Government seeks forfeiture of some of the same assets named in this civil forfeiture action. *Shelburne, et al.*, CR17-0203-JCC, Dkt. No. 48 at 15–17; (Dkt. No. 1 at 55–59.) The Court finds that allowing civil discovery in this case would adversely affect the government's ongoing investigation and prosecution in the criminal case. 18 U.S.C. § 981(g)(1).

All proceedings in this matter remain STAYED until the related criminal case, *United States v. Shelburne, et al.*, CR17-0203-JCC, is resolved, either through a verdict or guilty pleas. The United States shall file a status report no later than six months from the date of this order.

DATED this 30th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE