THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>　　　　　Plaintiff;<br><br>　　v.<br><br>THE REAL PROPERTY COMMONLY KNOWN AS 101 WEST HERMOSA DRIVE, SAN GABRIEL, CALIFORNIA 91775, LOS ANGELES COUNTY, PARCEL NO. 536021022, TITLED IN THE NAME OF DEK GROUP, LLC;<br><br>ALL FUNDS CONTAINED IN WELLS FARGO BANK ACCOUNT NUMBER XXXXXX4582, HELD IN THE NAME OF BRIAN K. BURNETT;<br><br>AND<br><br>ALL FUNDS CONTAINED IN BANK OF AMERICA ACCOUNT NUMBER XXXXXXXX9392, HELD IN THE NAME OF DEK GROUP, LLC;<br><br>　　　　　Defendants. | CASE NO. C17-1138-JCC<br><br>ORDER |

　　This matter comes before the Court on the Government's motion to lift the stay and dismiss its complaint (Dkt. No. 33). The Court previously stayed all proceedings in this civil

ORDER
C17-1138-JCC
PAGE - 1

1  forfeiture case because the Government was prosecuting a related criminal case before the Court.
2  *See United States of America v. Alexandra Shelburne, et al.*, Case No. CR17-0203-JCC, Dkt. No.
3  1 (W.D. Wash. 2017). The Court granted a series of stays pending resolution of the criminal
4  case. (Dkt. No. 15 at 3) (citing 18 U.S.C. § 981(g)(1); *see* Dkt. Nos. 18, 20, 22, 24, 28.)

On June 1, 2021, the United States filed a Superseding Information in the criminal case with a forfeiture allegation stating that the proceeds of the offense, including the property at issue in this case, are forfeitable. *See Shelburne*, Case No. CR17-0203-JCC, Dkt. No. 362. Defendant Kilgore pleaded guilty, forfeiting the property identified in the forfeiture allegation of the Superseding Information. *Id.* at Dkt. Nos. 367, 369. Defendant Kilgore's judgment includes restitution and forfeiture, as reflected in a final order of forfeiture previously granted by the Court. *Id.* at Dkt. Nos. 377, 390. Therefore, the prosecution of the criminal case has ended and all the properties at issue in this case have been forfeited. For these reasons, the Government requests that the Court lift the stay and dismiss its complaint. (*See* Dkt. No. 33 at 4.)

Finding good cause for dismissal, the Court hereby ORDERS the stay be lifted and DISMISSES the complaint (Dkt. No. 1). The Court DIRECTS the Clerk to close this case.

DATED this 9th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE